# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2015

150395

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re Application of CONSUMERS ENERGY
COMPANY for Reconciliation of 2009 Costs

_____

TES FILER CITY STATION LIMITED
PARTNERSHIP,
       Appellant,

v

CONSUMERS ENERGY COMPANY,
       Petitioner-Appellee,
and

MICHIGAN PUBLIC SERVICE COMMISSION
and ATTORNEY GENERAL,
       Appellees.

_____/

SC: 150395
COA: 305066
Public Service Commission:
   00-015675

On order of the Court, the application for leave to appeal the September 25, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing when the Michigan Department of Environmental Quality's administrative rules requiring generators to purchase NOx allowances were "implemented," as that term is used in MCL 460.6a(8). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2015



Clerk

t0602